2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| OVIDIO GARZA-ALANIS, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>IMMIGRATION & NATURALIZATION )<br>SERVICE, )<br>    Respondent. )<br>_____) | Civil Action No. B-01-093 |

## UNOPPOSED MOTION TO REMAND

COMES NOW, Respondent, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and hereby moves the District Court to remand this matter to the Board of Immigration Appeals for further proceedings consistent with the Supreme Court's decision in <u>INS v. St. Cyr</u>, 121 S.Ct. 2271, 2001 WL 703922 (June 25, 2001).

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

GREGORY A. SERRES
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: August 1ᶜᵗ, 2001

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Unopposed Motion to Remand was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

Phillip T. Cowan, Esquire
500 E. Levee
Brownsville, TX  78520

on this the __1st__ day of ____August____, 2001.

_____
Lisa M. Putnam
Special Assistant U.S. Attorney