3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Co
Southern District of Tex.
ENTERED

**AUG 0 6 2001**

Michael N. Milby, Clerk of Cour
By Deputy Clerk

| | |
|---|---|
| OVIDIO GARZA-ALANIS,<br>    Petitioner, | )<br>)<br>) |
| v. | )<br>) |
| IMMIGRATION & NATURALIZATION<br>SERVICE,<br>    Respondent. | )<br>)<br>)<br>) |

Civil Action No. B-01-093

## ORDER

Upon consideration of Respondents' Unopposed Motion for Remand, the Court finds that the Motion should be granted.

IT IS ORDERED that this matter be remanded to the Board of Immigration Appeals for further proceedings consistent with the Supreme Court's decision in INS v. St. Cyr, 121 S.Ct. 2271, 2001 WL 703922 (June 25, 2001).

This is a final order.

Done this _____3_____ day of _____August_____, 2001, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE